# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. AND ECOLAB USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-170-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SC JOHNSON PROFESSIONAL GROUP | ) |
| LIMITED (F/K/A DEB GROUP LIMITED) | ) |
| AND DEB IP LIMITED, | ) |
| | |
| Defendant. | |

## CERTIFICATION OF COMPLIANCE WITH THE COURT'S STANDING ORDER FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72

Pursuant to the District of Delaware's Standing Order For Objections Filed Under Fed. R. Civ. P. 72, Plaintiffs Ecolab Inc. and Ecolab USA Inc. certify that their Objections to Magistrate Judge Fallon's Report and Recommendations (D.I. 40) do not raise new factual or legal arguments that were not before the Magistrate Judge.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Caryn Cross
W. Bryan Farney
Cassandra Klingman
FARNEY PC
1008 S. Main Street
Georgetown, TX 78626
(512) 582-2828

By: */s/ Bindu A. Palapura*
    Bindu A. Palapura (#5730)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    bpalapura@potteranderson.com
    abrown@potteranderson.com

Dated: February 20, 2024
11329789 / 21251.00001

*Attorneys for Plaintiff Ecolab Inc. and Ecolab USA Inc.*